No. 75–6027.   Jones v. Missouri.   C. A. 8th Cir. Certiorari denied.

No. 75–6028.   Becker v. Ohio.   Ct. App. Ohio, Summit County.   Certiorari denied.

No. 75–6053.   Jefferson v. Louisiana.   C. A. 5th Cir.   Certiorari denied.

No. 75–6100.   Chapman v. Western Life Insurance Co.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 75–6107.   Johnson v. Department of Water & Power et al.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 75–243.   International Harvester Co v. Anderson et al.   C. A. 7th Cir.   Certiorari denied.   Mr. Justice Stevens took no part in the consideration or decision of this petition.

No. 75–593.   Polish American Congress et al. v. Federal Communications Commission et al.   C. A. 7th Cir.   Certiorari denied.   Mr. Justice Stevens took no part in the consideration or decision of this petition.

No. 75–610.   City of Highland Park, Illinois, et al. v. Train, Administrator, Environmental Protection Agency, et al.   C. A. 7th Cir.   Certiorari denied. Mr. Justice Stevens took no part in the consideration or decision of this petition.

No. 75–659.   Lawson v. United States.   C. A. 7th Cir.   Certiorari denied.   Mr. Justice Stevens took no part in the consideration or decision of this petition.